CLOSED, DOCSENT, MDL, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-03120**

Barnes v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Vanessa D Gilmore
Lead case: 4:07-cv-02002
Member case: (View Member Case)
Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/26/2007
Date Terminated: 10/30/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Alice Marie Barnes** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
Harrison Bettis et al
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email:
mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/26/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3065473) filed by Alice Marie Barnes. (Attachments: # 1 Civil Cover Sheet Barnes, Alice Marie)(Alexander, David) (Entered: 09/26/2007) |
| 09/26/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/18/2008 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.( Signed by Judge Vanessa D Gilmore ) (Attachments: # 1 Judge's Procedure) Parties notified.(mmapps, ) (Entered: 09/26/2007) |
| 10/10/2007 | | Summons Issued as to Davol, Inc., filed.(ltrevino, ) (Entered: 10/10/2007) |
| 10/10/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(tcampbell, ) (Entered: 10/10/2007) |
| 10/11/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Alice Marie Barnes, filed.(Alexander, David) (Entered: 10/11/2007) |
| 10/24/2007 | 4 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by all defendants, filed. Motion Docket Date 11/13/2007. (Attachments: # 1 Exhibit 1# 2 Proposed Order Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL) (McFarland, D) (Entered: 10/24/2007) |
| 10/30/2007 | 5 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 10/16/2007, answer due 11/5/2007, filed.(dhays, ) (Entered: 10/30/2007) |
| 10/30/2007 | 6 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 10/15/2007, answer due 11/5/2007, filed.(rsmith, ) (Entered: 10/30/2007) |
| 10/30/2007 | 7 | ORDER ADMINISTRATIVELY CLOSING CASE, Case terminated on 10/30/2007.( Signed by Judge Vanessa D Gilmore ) Parties notified. (ypippin, ) (Entered: 10/30/2007) |
| 11/15/2007 | | Interdistrict transfer to District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by FedEx, filed. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | 8 | JPML CONDITIONAL TRANSFER ORDER (7) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842.() (Attachments: # 1 Letter from Rhode Island) Parties notified. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | 9 | Document(s) Sent by FedEx to District Court of Rhode Island; Tracking Number 8633 9898 5122 re: 1 Complaint, 8 Conditional Transfer Order re: 1,8, filed. (kosborne, ) (Entered: 11/16/2007) |

**PACER Service Center**